**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 915
:
DESIGNATION OF CHAIR AND VICE- : SUPREME COURT RULES
CHAIR OF THE COMMITTEE ON RULES : DOCKET
OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2022, Sara E. Jacobson, Esquire, is hereby designated as Chair, and Albert P. Veverka, Esquire, is hereby designated as Vice-Chair, of the Committee on Rules of Evidence, commencing November 1, 2022.